UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OHIO
(CLEVELAND)

| | |
|---|---|
| TIMOTHY SCHWARZMANN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOVERNMENT EMPLOYEES ) <br> INSURANCE COMPANY, ) <br> d/b/a GEICO, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:21-CV-02270-PAB <br><br> JUDGE PAMELA A. BARKER |

## ORDER GRANTING JOINT MOTION TO APPROVE FAIR LABOR STANDARDS ACT SETTLEMENT

Upon consideration of the Joint Motion to Approve Fair Labor Standards Act Settlement filed by Plaintiff, Timothy Schwarzmann (hereinafter, "Plaintiff") and Defendant, Government Employees Insurance Company (hereinafter, "Defendant"), (collectively hereinafter, "Parties"), the Court hereby **GRANTS** the Motion and approves the settlement between the Parties based on the following findings:

1. The Parties have provided the Court with sufficient information to conclude that the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

2. The Court finds that the settlement was the product of arms' length negotiations between counsel for the Parties, who are experienced in the field of FLSA litigation.

3. The attorney's fees and costs to be paid under the settlement agreement are separately stated and Plaintiff's counsel has provided sufficient information to permit the Court to

conclude that the fees and costs represent payments for amounts actually incurred at a reasonable hourly rate.

WHEREFORE, this Court hereby Orders that the Joint Motion be and is hereby **GRANTED**, the Settlement is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**.

*/s/ Pamela A. Barker* 6/29/2023
The Honorable Pamela A. Barker
United States District Judge